# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>KENSHASA HAYWARD, ET AL,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-02251<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served KENSHASA HAYWARD the above process on the 16 day of July, 2017, at 6:50 o'clock, PM, at 537 Van Kirk Street Philadelphia, PA 19120, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[☑] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: REFUSED NAME
Relationship/Title/Position: GRANDFATHER
Remarks: _____
Description: Approximate Age 51-55  Height 5'7  Weight 245  Race BLACK  Sex MALE  Hair GRAY
Military Status: [☑] No  [ ] Yes  Branch: _____

Commonwealth/State of PA            )
                                    ) SS:
County of Berks                     )

Before me, the undersigned notary public, this day, personally, appeared __D'Wayne Henriksson__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-169852
Case ID #: 4934229

Subscribed and sworn to before me this 18 day of July, 2017.

_____
Notary Public
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017