UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff<br><br>v.<br><br>KENSHASA HAYWARD,<br>                    Defendant | No. 17-02251 |

**DEFAULT JUDGMENT**

AND NOW, this __16th__ day of __August__, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Tuesday, May 16, 2017 and, after due service of process on Defendant, KENSHASA HAYWARD, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, KENSHASA HAYWARD, in the amount of $19,078.50.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:   August 16, 2017

                                            Clerk, United States District Court
                                            EasternDistrict of Pennsylvania

                                    By:   __s/ Nicole Durso__
                                            Deputy Clerk